## Commonwealth *v.* Carey, Appellant.

Submitted April 14, 1975.
*John P. Liekar,* Public Defender, for appellant; *Paul M. Petro,* Assistant District Attorney, and *Jess D. Costa,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Chisholm, Appellant.

Submitted June 16, 1975. *Allan M. Tabas,* and *Tabas, Horwitz & Furlong,* for appellant; *Hugh Colihan, Mark Sendrow,* and *Steven H. Glodblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.